IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 12-cv-00833-MSK-MJW

DAVID D. MINTER and
ALBERT S. BALDOCCHI,

Plaintiffs,

v.

ADSWIZZ, INC.,

Defendant.

---

ORDER GRANTING JOINT MOTION FOR LEAVE FOR OUT-OF-STATE COUNSEL TO
APPEAR BY TELEPHONE AT SCHEDULING/PLANNING CONFERENCE
(Docket No. 17)

---

This matter coming before the Court on the parties' Joint Motion for Leave for Out-of-State Counsel to Appear by Telephone at Scheduling/Planning Conference [doc. #17], and the Court finding that movants have complied with the applicable Rules and Practice Standards, said motion is hereby GRANTED.

IT IS ORDERED that any out-of-state attorney of record who has complied with D.C.COLO.LCivR 83.3 prior to the June 7, 2012 Scheduling/Planning Conference may appear at said conference by telephone by first dialing each other before 2:00 p.m. and then conferencing in the courtroom through the following telephone number: (303) 844-2403.

DONE AND SIGNED THIS 25th DAY OF MAY, 2012,

BY THE COURT:

MICHAEL J. WATANABE
United States Magistrate Judge