**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00833-MSK-MJW

DAVID D. MINTER and
ALBERT S. BALDOCCHI,

    Plaintiffs/Counterclaim-Defendants,

v.

ADSWIZZ, INC.,

    Defendant/Counterclaim-Plaintiff.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) and MSK Civ. Practice Standard II.I and III.J.1, IT IS STIPULATED, by and among Plaintiffs David D. Minter and Albert S. Baldocchi and Defendant Adswizz, Inc. (collectively referred to as "The Parties"), through their counsel of record that:

1. All claims presented by the Complaint, as well as all counterclaims, shall be dismissed with prejudice as to each of the Parties; and

2. Each of the Parties shall bear his or its own costs and attorney's fees.

Dated: October 18, 2012

/s/ *Edward W. Goldstein*
Edward W. Goldstein
**GOLDSTEIN & LIPSKI PLLC**
1177 West Loop South, Suite 400
Houston, TX 77027
Telephone: (713) 877-1515
Email: egoldstein@gliplaw.com

John H. Schlie
**LAW OFFICE OF JOHN HENRY SCHLIE, P.C.**
7100 W. Bellview Avenue, Suite G11
Greenwood Village, CO 80111
Telephone: (303) 830-1616
Email: johnhenry@schlielawfirm.com

*Attorneys for Plaintiffs David D. Minter and Albert S. Baldocchi*

/s/ *Mark D. Flanagan*
Mark D. Flanagan
Cortney C. Hoecherl
**WILMER CUTLER PICKERING HALE AND DORR, LLP**
950 Page Mill Road
Palo Alto, CA 94304-1012
Telephone: (650) 858-6000
Email: mark.flanagan@wilmerhale.com
Email: cortney.hoecherl@wilmerhale.com

Matthew J. Rita
**FORD & HARRISON LLP**
1675 Broadway, Suite 2150
Denver, CO 80202-4679
Telephone: (303) 592-8860
Email: mrita@fordharrison.com

*Attorney(s) for Defendant and Counterclaim-Plaintiff AdsWizz, Inc.*